FILED

JAN 03 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-00336 LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| ESDRAS CARRILLO-AVILA, | |
| Defendant. | |

The Court grants the government leave to dismiss the Indictment without prejudice. Accordingly, the Indictment as to defendant Esdras Carrillo-Avila is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 1/3/2019

LUCY H. KOH
United States District Judge